STATE of Missouri, Respondent,

v.

James E. BOWMAN, Appellant.

No. WD 36407.

Missouri Court of Appeals, Western District.

Aug. 27, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 1, 1985.

Application to Transfer Denied Nov. 21, 1985.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and TURNAGE and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from jury trial convictions for burglary in the second degree, § 569.170, RSMo 1978, and stealing, § 570.030, RSMo 1978, and sentences of consecutive terms of one year and six months imprisonment respectively.

Affirmed. Rule 30.25(b).